## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:  FIRST JUDICIAL DISTRICT OF     :   No. 21 EM 2020
PENNSYLVANIA                              :
                                              :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 27th day of August, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s), which seeks permission for the President Judge of the Philadelphia Municipal Court to suspend temporarily certain procedural rules, is GRANTED, IN PART.

       The President Judge of the Philadelphia Municipal Court is authorized to suspend Rule of Criminal Procedure 600, Rule of Criminal Procedure 1013, as well as rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations, through October 1, 2021.

       Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

       In all other respects, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s) is DENIED.